UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON N. WRIGHT-HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C13-1397-RAJ-JPD <br><br><br> REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Appeals Council shall direct the Administrative Law Judge (ALJ) to update the evidence of record and weigh all medical opinions of record, articulating the weight assigned each opinion and the reasons for that weight (20 CFR 404.1512-1513, 404.1527, 416.912-913, and 416.927). The ALJ shall evaluate the severity of the claimant's alleged mental impairments pursuant to 20 CFR

404.1520a and 416.920a, and evaluate the claimant's allegation of fibromyalgia pursuant to Social Security Ruling 12-2p. The ALJ shall consider the credibility of the claimant's allegations, as well as the statements of third parties (20 CFR 404.1513, 404.1529, 416.913, and 416.929; Social Security Ruling 96-7p). The Appeals Council also shall instruct the ALJ to reassess the claimant's residual functional capacity (20 CFR 404.1545 and 416.945) and obtain vocational expert evidence at steps four and five of the sequential evaluation process (20 CFR 404.1560, 404.1566, 416.960, and 416.966; Social security Ruling 00-4p).

A proposed order accompanies this Report and Recommendation.

DATED this 15th day of January, 2014.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge