UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON N. WRIGHT-HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C13-1397-RAJ <br><br> ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The court has reviewed the Report and Recommendation of the Honorable James P. Donohue, which recommends that the court approve the parties' stipulation to remand this action to the Social Security Administration. The court ADOPTS the R&R (Dkt. # 15), REVERSES the Commissioner's final decision, and REMANDS this action to the Social Security Administration for further proceedings consistent with the R&R and the parties' stipulation.

The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

DATED this 15th day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER